# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

STANLEY N. TAVORN,

    Plaintiff,

v.                                  CASE NO. 5:12-cv-00253-MP-GRJ

J.D. SLONE, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 1, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Pursuant to 28 U.S.C § 1915(g), this case be DISMISSED without prejudice because plaintiff is subject to the three-strikes bar, and for failure to prosecute.

**DONE AND ORDERED** this  *31st* day of October, 2012

                                            *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge